IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Waldy J. Mondragon,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Dennis R. Smith,<br><br>　　　　　Respondent. | No. CV-12-00817-PHX-ROS<br><br>**ORDER** |

On June 25, 2013, Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied. (Doc. 15). No objections were filed.[1]

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo*. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections having been filed, the R&R will be adopted in full.

Accordingly,

---

[1] It is unlikely Petitioner received a copy of the R&R because the copy mailed to him was returned as undeliverable. (Doc. 16). Petitioner's failure to keep his address up to date does not merit delaying resolution of the pending R&R.

1    **IT IS ORDERED** the Report and Recommendation (**Doc. 15**) is **ADOPTED**. The
2  petition for a writ of habeas corpus is **DENIED**. No ruling on a certificate of appealability
3  is required. The Clerk shall enter judgment accordingly.
4    DATED this 29th day of July, 2013.

_____
Roslyn O. Silver
Chief United States District Judge